```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

CHADWICK J. ST LOUIS,             :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :    CASE NO. 3:10CV525(RNC)
                                  :
THERESA C. LANTZ ET AL.,          :
                                  :
     Defendants.                  :
                                  :
```

MEMORANDUM OF CONFERENCE AND ORDERS ON MOTIONS

On February 14, 2013, Judge Martinez conducted a video conference with pro se plaintiff Chadwick St. Louis and defendants' counsel Attorney DeAnn Varunes.

Motion for Preliminary Injunction, doc. #61

Per plaintiff's request at the conference, the Motion for Preliminary Injunction, doc. #61, is withdrawn.

Motion to Compel, doc. #67

Plaintiff indicated that only one item of discovery remains in dispute. He seeks disclosure of redacted captions under some photographs of a damaged vehicle that defendant previously produced. (See doc. #68-1 at 48-49.) Defendants represented that the redacted captions contain the name and number of the inmate who allegedly damaged the vehicle. They also indicated that the redaction is futile because the inmate is identified in documents that plaintiff obtained prior to this lawsuit and attached to his complaint. In light of the foregoing,

plaintiff's Motion to Compel, doc. #67, is granted in part. Defendants shall disclose the photographs with unredacted captions.

<u>Motion for Extension of Time, doc. #65</u>

Plaintiff's motion for an extension of the discovery deadline is denied as moot.  Plaintiff has propounded a final set of discovery requests to which defendants are in the process of responding.  No further discovery is necessary.

<u>Motion for Extension of Time, doc. #70</u>

The motion is granted as follows.  Any party may file a dispositive motion on or before March 15, 2013.

<u>Status Report</u>

The parties have agreed to confer by telephone to attempt to resolve the case.  On or before February 20, 2013, defendants shall submit a letter to chambers (with a copy to plaintiff) regarding the status of their discussion.  The parties may request a settlement conference with the court if they believe that such a conference would be fruitful.

SO ORDERED at Hartford, Connecticut this 14th day of February, 2013.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge